UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/13/2022_
```

JANE DOE,

                Plaintiff,

-against-

COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK; THE NEW YORK AND PRESBYTERIAN HOSPITAL; and JOHN DOES 1-100,

                Defendants.

22 Civ. 10340 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 7, 2022, Plaintiff, Jane Doe, brought this action against Defendants Columbia University in the City of New York, the New York and Presbyterian Hospital, and John Does 1–100. ECF No. 1. However, Plaintiff has not filed a request to proceed pseudonymously. *See, e.g., Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185 (2d Cir. 2008); Fed. R. Civ. P. 10(a).[1]

    Accordingly, by **December 21, 2022**, Plaintiff shall file an application to proceed under a pseudonym.

    SO ORDERED.

Dated: December 13, 2022
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge

---

[1] *See also* https://www.nysd.uscourts.gov/sites/default/files/pdf/ecf_rules/ECF%20Rules%2020221101%20FINAL.pdf.