# AARONSON RAPPAPORT
Aaronson Rappaport Feinstein & Deutsch, LLP

Peter J. Fazio
Phone (212) 593-5458
Fax (212) 593-6970
pjfazio@arfdlaw.com

February 21, 2023

**VIA ECF & EMAIL**
United States District Court
Southern District of New York
500 Pearl St., Courtroom 15D
New York, NY 10007-1312
Attention: Honorable Judge Analisa Torres

    Re:    Jane Doe v. Columbia University in the City of New York, *et al.*;
            Civil Case No.:    22-cv-10340 (AT)
            Our File No.:  150.562

Dear Judge Torres:

We write on behalf of Defendants Columbia University and New York Presbyterian Hospital and Plaintiff Jane Doe (together, the "Parties") to notify Your Honor that the Parties have reached a settlement in principle to resolve all claims in the above-captioned action.

Plaintiff is currently reviewing the settlement agreement and release, and the Parties expect to finalize the settlement documents in the coming days. For this reason, the Parties respectfully request that the Court stay all further deadlines on the docket for this matter.

The Parties further request the opportunity to provide the Court with a written status update in 25 days.

Very truly yours,
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

*Peter J. Fazio*

Peter J. Fazio
cc: **VIA ECF and EMAIL**
David E. Gottlieb
Wigdor LLP
85 Fifth Avenue
New York, NY 10003